**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BRANDON R. INGRAM**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No: 24 cv** |
| | ) | |
| vs. | ) | **Jury Demand** |
| | ) | |
| **TAYLOR COMMERCIAL FOOD SERVICE, LLC.** | ) | |
| **d/b/a TAYLOR COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**COMPLAINT**
**AS AND FOR A FIRST CAUSE OF ACTION**
(**TITLE VII SEXUAL DISCRIMINATION**)

1.    Plaintiff, **BRANDON R. INGRAM** ("INGRAM"), An employee of **TAYLOR COMMERCIAL FOOD SERVICE, LLC.   d/b/a TAYLOR COMPANY ("TAYLOR"),** seeks redress for Sex Discrimination by the Defendant through its agents, in violation of his rights under the Civil Rights Act Title VII.

2.  This is an action under Title VII of the Civil Rights Act of 1964 and as amended by inter alia, the Civil Rights Act of 1991, 42 U.S.C. 2000(e) *et seg*., for the Defendant, TAYLOR having subjected INGRAM to sex discrimination by failure to treat him the same as a female employees despite INGRAM' complaints about same.

3.  Jurisdiction of this court is provided by 28 U.S.C. 1331 and 1343.

**PARTIES**

4. INGRAM, is a male and an adult person and a resident of Rockton, Winnebago County, State of Illinois.

5. INGRAM was an employee of TAYLOR from June of 2011 until his wrongful

termination on June 12, 2023.

6.  TAYLOR is an employer within the meaning of the Civil Rights Act and 42 U.S.C. 2000(e) *et seq.*, and has been at all times material to the allegations herein.

## PROCEDURAL FACTS

**7**. INGRAM filed a discrimination charge against Defendant with the Equal Employment Opportunity Commission (EEOC). That charge was timely filed, under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. A. § 2000e-5(e). (See Exhibit "A")

8. INGRAM received notice from the EEOC of his right to bring this action (see Exhibit "B"), and INGRAM timely filed this action.

## STATEMENT OF CLAIMS

9.  INGRAM was hired by TAYLOR on March 8, 2011.

10. At all times relevant, INGRAM meet the legitimate expectations of TAYLOR.

11. Beginning on June 8, 2023, to his termination, INGRAM was wrongfully subjected to a hostile work environment, micromanaged, and excessive discipline based upon his sex then terminated on June 12, 2023.

12.  TAYLOR intentionally subjected INGRAM to unequal and discriminatory treatment by discriminating and harassing INGRAM based on his gender by treating a female employee better in terms and conditions of employment than INGRAM.

13. By engaging in discriminatory conduct, TAYLOR discriminated against INGRAM in violation of 42 U.S.C. 2000(e) as amended.

14. The discriminatory action of TAYLOR as set forth above has caused INGRAM to suffer losses of earnings, and as a further proximate result of TAYLOR' unlawful and intentional discriminatory actions against INGRAM, as alleged above, INGRAM has

been harmed in that INGRAM has suffered in his position, his work environment became impaired. As a further proximate result of TAYLOR's unlawful and intentional discriminatory actions against INGRAM, as alleged above, INGRAM has been harmed in that INGRAM has suffered emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. All in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000-3 *et seq*; as amended by inter alia the Civil Rights Act of 1991. As a result of such discrimination and consequent harm, INGRAM has suffered such damages in an amount according to proof.

15. INGRAM has no adequate remedy at law to secure relief. If this court does not enter an order for TAYLOR to order reinstatement and cease its illegal acts committed upon INGRAM, INGRAM will be irreparably injured.

16. Further, said action on the part of the TAYLOR was done with malice and reckless disregard for INGRAM's protected rights.

### PRAYER FOR RELIEF

WHEREFORE, INGRAM prays for judgment as follows:

1. Declare the conduct engaged in by TAYLOR to be in violation of INGRAM's rights;

2. For injunctive relief, including but not limited to reinstatement and relief required to make INGRAM whole for the losses caused by the violations of TAYLOR;

3. For compensatory damages in an amount according to proof;

4. For punitive damages based upon the wrongful conduct of TAYLOR

5. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the

Civil Rights Act of 1964, <u>Title 42 U.S.C.A. §  2000e-5(k); and</u>

6. For such other and further relief as the court deems proper.

---

BRANDON R. INGRAM
BY:**<u>Michael T. Smith</u>**
Michael T. Smith
Trial Attorney

Michael T. Smith (ARDC No. 6180407)
**MICHAEL T. SMITH & ASSOCIATES**
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 466-1099
*msmith39950@aol.com*